# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No.: | 2:13-cv-07568-PSG-JEM | Date: | March 28, 2014 |
|---|---|---|---|
| Title: | Leah O'Leary v. Medtronic Inc et al | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

Proceedings (In Chambers):   **ORDER TO SHOW CAUSE RE: DISMISSAL**

The Court is receipt of the Notice of Settlement filed on January 21, 2014. However, as of today, no stipulation of dismissal has been submitted.

Accordingly, the Court hereby orders Plaintiff to show cause in writing on or before **April 11, 2014** why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of a stipulation of dismissal as an appropriate response to this Order to Show Cause. Failure to respond in writing, may result in the dismissal of the entire action for failure to prosecute.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.

Please deliver a mandatory chambers copy to Courtroom 880, along with the Notice of Electronic Filing (NEF). Failure to comply, may result in monetary sanctions and/or the document to be stricken from the record.

|  | ---- : ---- |
|---|---|
| | Initials of Preparer   wkh |